**General Docket**
**United States Court of Appeals for the Third Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 25–2512 | **Docketed:** 08/11/2025 |
| In re: David Catanzaro | **Termed:** 10/17/2025 |
| **Appeal From:** United States District Court for the Middle District of Pennsylvania | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** original proceeding
   **2)** Mandamus
   **3)** DC Civil Case

**Originating Court Information:**
   **District:** 0314–3 : 3:22–cv–01754
   **Trial Judge:** Joseph F. Saporito, Junior, District Judge
   **Trial Judge:** Phillip J. Caraballo

   **District:** 0314–3 : 3:22–cv–01768
   **Trial Judge:** Joseph F. Saporito, Junior, District Judge

**Current Cases:**
   None

| | |
|---|---|
| In re: DAVID J. CATANZARO<br>      Plaintiff – Petitioner | David J. Catanzaro<br>[NTC Pro Se]<br>286 Upper Powderly Street<br>Carbondale, PA 18407 |

––––––––––––––––––––––––––––––

LYKART TECHNOLOGIES LLC
      Defendant – Respondent

GROWKART
      Defendant – Respondent

| | |
|---|---|
| GOOGLE LLC<br>      Defendant – Respondent | John V. Gorman, Esq.<br>Direct: 215–963–5157<br>Email: jgorman@morganlewis.com<br>Fax: 215–963–5000<br>[COR NTC Retained]<br>Morgan Lewis & Bockius<br>2222 Market Street<br>12th Floor<br>Philadelphia, PA 19103<br><br>Erika Warren, Esq.<br>Direct: 415–895–2940<br>Email: erika@warrenkashwarren.com<br>[COR NTC Retained]<br>Warren Kash Warren<br>2261 Market Street<br>No. 606<br>San Francisco, CA 94114<br><br>Madeline A. Woodall, Esq.<br>Direct: 415–895–2992<br>Email: madeline@warrenkashwarren.com<br>[COR NTC Retained]<br>Warren Kash Warren<br>2261 Market Street<br>No. 606<br>San Francisco, CA 94114 |
| YOUTUBE.COM<br>      Defendant – Respondent | John V. Gorman, Esq.<br>Direct: 215–963–5157<br>[COR NTC Retained]<br>(see above)<br><br>Erika Warren, Esq.<br>Direct: 415–895–2940<br>[COR NTC Retained]<br>(see above) |

|  |  |
|---|---|
|  | Madeline A. Woodall, Esq.<br>Direct: 415−895−2992<br>[COR NTC Retained]<br>(see above) |
| APPLE INC<br>    Defendant − Respondent | Stephen H. Barrett, Esq.<br>Direct: 215−656−2455<br>Email: stephen.barrett@us.dlapiper.com<br>Fax: 215−606−2065<br>[COR NTC Retained]<br>DLA Piper<br>1650 Market Street<br>One Liberty Place, Suite 5000<br>Philadelphia, PA 19103 |
| MOZILLA CORP<br>    Defendant − Respondent | Jennifer C. Berger, Esq.<br>Direct: 212−408−2592<br>Email: jennifer.berger@bakerbotts.com<br>Fax: 212−259−2592<br>[NTC Retained]<br>Baker Botts<br>30 Rockefeller Plaza<br>44th Floor<br>New York, NY 10112<br><br>Rachael D. Lamkin, Esq.<br>Direct: 415−291−6214<br>Email: rachael.lamkin@bakerbotts.com<br>[COR NTC Retained]<br>Baker Botts<br>101 California Street<br>Suite 3200<br>San Francisco, CA 94111 |
| ALIEXPRESS<br>    Defendant − Respondent | Zhen Pan, Esq.<br>Direct: 305−375−9220<br>Email: zpan@diazreus.com<br>[COR NTC Retained]<br>Diaz Reus & Targ<br>100 SE 2nd Street<br>Suite 3400<br>Miami, FL 33131<br><br>Caitlin P. Strauss, Esq.<br>Direct: 215−972−7153<br>Email: caitlin.strauss@saul.com<br>[Retained]<br>Saul Ewing<br>1500 Market Street<br>Centre Square West, 38th Floor<br>Philadelphia, PA 19102 |

USIMPRINTS
        Defendant – Respondent

PRICE US WHOLESALE
        Defendant – Respondent

WHOLESALE IN MOTION GROUP INC
        Defendant – Respondent

ANYPROMO INC
        Defendant – Respondent

DHGATE
        Defendant – Respondent

_____

JOSEPH F. SAPORITO, JR.
        Nominal Respondent

PHILLIP J. CARABALLO
        Nominal Respondent

In re: DAVID J. CATANZARO,
    Petitioner

| Date | # | Description |
|---|---|---|
| 08/11/2025 | 1 | PETITION FOR WRIT OF MANDAMUS DOCKETED. Notice filed by Petitioner David J. Catanzaro. (GCH) [Entered: 08/11/2025 11:57 AM] |
| 08/11/2025 | 2 | **NOTICE** Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1 (GCH) [Entered: 08/11/2025 12:12 PM] |
| 08/11/2025 | 3 | ORDER (Clerk) This petition for a writ of mandamus relates to two patent−infringement actions. The U.S. Court of Appeals for the Federal Circuit may have exclusive jurisdiction over such a petition. See In re Arunachalam, 812 F.3d 290, 29294 (3d Cir. 2016) ("[W]hen the Federal Circuit has exclusive appellate jurisdiction over a patent infringement action, it has exclusive jurisdiction over mandamus petitions arising from that action as well."). The petitioner must file a written response addressing whether the petition should be dismissed or transferred to the U.S. Court of Appeals for the Federal Circuit. The petitioner's response must be filed within twenty−one days of this order. (GCH) [Entered: 08/11/2025 12:17 PM] |
| 08/25/2025 | 4 | ECF FILER: ENTRY OF APPEARANCE from John V. Gorman on behalf of Respondent(s) (1) Google LLC (2) YouTube, LLC. [25−2512] (JVG) [Entered: 08/25/2025 04:33 PM] |
| 08/25/2025 | 9 | RESPONSE on behalf of Petitioner David J. Catanzaro to clerk order advising of possible dismissal. Certificate of Service dated 08/22/2025. Service made by US mail. (JK) [Entered: 08/26/2025 05:07 PM] |
| 08/26/2025 | 5 | FOLLOW UP LETTER to Attorney John V. Gorman, Esq. for Respondents Google LLC and YouTube.com requesting the following document(s): Disclosure Statement on or before 09/09/2025. (SB) [Entered: 08/26/2025 09:35 AM] |
| 08/26/2025 | 6 | FOLLOW UP LETTER to Attorney Stephen H. Barrett, Esq. for Respondent Apple Inc requesting the following document(s): Appearance Form on or before 09/09/2025. Disclosure Statement on or before 09/09/2025. (SB) [Entered: 08/26/2025 09:39 AM] |
| 08/26/2025 | 7 | FOLLOW UP LETTER to Attorney Caitlin P. Strauss, Esq. for Respondent AliExpress requesting the following document(s): Appearance Form on or before 09/09/2025. Disclosure Statement on or before 09/09/2025. (SB) [Entered: 08/26/2025 09:41 AM] |
| 08/26/2025 | 8 | FOLLOW UP LETTER to Attorney Jennifer C. Berger, Esq. for Respondent Mozilla Corp requesting the following document(s): Appearance Form on or before 09/09/2025. Disclosure Statement on or before 09/09/2025. (SB) [Entered: 08/26/2025 09:44 AM] |
| 08/27/2025 | 10 | ECF FILER: ENTRY OF APPEARANCE from Erika H. Warren on behalf of Respondent(s) Google LLC and YouTube, LLC. [25−2512] (EW) [Entered: 08/27/2025 07:29 PM] |
| 08/27/2025 | 11 | ECF FILER: ENTRY OF APPEARANCE from Madeline A. Woodall on behalf of Respondent(s) Google LLC and YouTube, LLC. [25−2512] (MAW) [Entered: 08/27/2025 07:31 PM] |
| 08/29/2025 | 12 | ECF FILER: ENTRY OF APPEARANCE from Zhen Pan on behalf of Respondent(s) ALIEXPRESS. [25−2512] (ZP) [Entered: 08/29/2025 03:09 PM] |
| 09/02/2025 | 13 | Notice to the Court Regarding Appearance by Defauted Party.. Certificate of Service dated 09/02/2025. Service made by Email. (SB) [Entered: 09/02/2025 03:39 PM] |
| 09/02/2025 | 14 | ECF FILER: ENTRY OF APPEARANCE from Stephen H. Barrett on behalf of Respondent(s) Apple Inc.. [25−2512] (SHB) [Entered: 09/02/2025 03:52 PM] |
| 09/02/2025 | 15 | ECF FILER: DISCLOSURE STATEMENT on behalf of Respondent Apple Inc. [25−2512] (SHB) [Entered: 09/02/2025 03:55 PM] |

| | | |
|---|---|---|
| 09/02/2025 | 16 | ECF FILER: ENTRY OF APPEARANCE from Jennifer C. Berger on behalf of Respondent(s) Mozilla Corp.. [25–2512] (JCB) [Entered: 09/02/2025 03:57 PM] |
| 09/02/2025 | 17 | ECF FILER: ENTRY OF APPEARANCE from Mozilla Corp. on behalf of Respondent(s) Rachael L. Lamkin. [25–2512] (RDL) [Entered: 09/02/2025 04:00 PM] |
| 09/03/2025 | 18 | ECF FILER: DISCLOSURE STATEMENT on behalf of Respondent AliExpress. [25–2512] (ZP) [Entered: 09/03/2025 11:07 AM] |
| 09/05/2025 | 19 | ECF FILER: DISCLOSURE STATEMENT on behalf of Respondents Google LLC and YouTube.com. [25–2512] (JVG) [Entered: 09/05/2025 12:29 PM] |
| 09/08/2025 | 20 | ECF FILER: DISCLOSURE STATEMENT on behalf of Respondent Mozilla Corp. [25–2512] (JCB) [Entered: 09/08/2025 01:26 PM] |
| 10/17/2025 | 21 | NOT PRECEDENTIAL PER CURIAM OPINION AND ORDER transferring the petition for writ of mandamus to the Federal Circuit. Coram: RESTREPO, PORTER and MONTGOMERY–REEVES, Circuit Judges. Total Pages: 2. DLD–003 (SB) [Entered: 10/17/2025 04:18 PM] |