FORM 8A. Entry of Appearance    Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-102

**Short Case Caption:** In re: Catanzaro

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | | |
|---|---|---|
| Apple Inc. | | |
| **Principal Counsel:** Jonas Q. Wang | | Admission Date: 5/11/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | | |
| Phone: (202) 339-8400 | | Email: jonas.wang@orrick.com |
| **Other Counsel:** Melanie L. Bostwick | | Admission Date: 7/8/2008 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | | |
| Phone: (202) 339-8400 | | Email: mbostwick@orrick.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/3/25    Signature: /s/ Jonas Q. Wang

Name: Jonas Q. Wang

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on November 3, 2025.

A copy of the foregoing was sent by USPS First Class Mail to:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407

*Petitioner*

                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      */s/ Jonas Q. Wang*
                                      Jonas Q. Wang
                                      *Counsel for Apple Inc.*