FORM 8B. Notice of Unrepresented Person Appearance

Form 8B (p. 1)
October 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF UNREPRESENTED PERSON APPEARANCE

**Case Number**  2026-102

**Short Case Caption**  In re: Catanzaro

**Instructions**: Refer to Federal Circuit Rule 47.3 for requirements governing appearance in this court. Unrepresented persons must immediately file an amended Form 8B if contact information changes. **A motion must be filed to change either the filing or service selection during the pendency of the case.**

Complete page 1 of this form and, if applicable, either page 2 or 3 corresponding to your filing and service selection. **Submit only one of pages 2 or 3; do not submit both.**

### ENTRY OF APPEARANCE

I am entering my appearance on my own behalf ("pro se") in the above case.

**Name:**  David J. Catanzaro

**Address:**  286 Upper Powderly Street

Carbondale, PA 18407

**Phone:**  570-936-9262       **Email:**  davidjosephus@aol.com

### FILING AND SERVICE SELECTION

I will file all documents in the above case (select only one):

- ■ in paper form by mail or in person, and I elect to receive all service by mail only.

- ☐ through the court's electronic filing system, and I have completed **page 2 (Consent to Electronic Filing and Service)**; I understand I will receive service by email only.

- ☐ in paper form by mail or in person, and I elect to receive all service by email at the above email address and have completed **page 3 (Consent to Paper Filing and Electronic Service)**.

I certify that all information is true and correct and that a failure to abide by the above selections may result in my case being delayed or other actions deemed necessary by the court.

Date:  10/27/25

Signature:  *David J. Catanzaro*

**RECEIVED**

Name:  David J. Catanzaro

NOV 0 3 2025

United States Court of Appeals
for the Federal Circuit

CERTIFIED MAIL

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407



9589 0710 5270 2665 0912 60

**RECEIVED**

NOV 0 3 2025

United States Court of Appeals
For the Federal Circuit



**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 Madison Place, N.W.
Washington, D.C. 20439

20439-

