FORM 8A. Entry of Appearance                                      Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-102

**Short Case Caption:** In re: Catanzaro

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Respondent Mozilla Corporation

| | |
|---|---|
| **Principal Counsel:** Rachael D. Lamkin | Admission Date: 4/30/2018 |
| Firm/Agency/Org.: Baker Botts L.L.P. | |
| Address: 101 California Street, Suite 3200, San Francisco, CA 94111 | |
| Phone: (415) 291-6200 | Email: rachael.lamkin@bakerbotts.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/4/25        Signature: /s/ Rachael D. Lamkin

                     Name:      Rachael D. Lamkin

FORM 30. Certificate of Service　　　　　　　　　　　　　　　　　　　　　Form 30
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 26-102

**Short Case Caption** In re: Catanzaro

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 11/04/2025

by ☑ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| David J. Catanzaro<br>Pro Se | 286 Upper Powderly Street<br>Carbondale, PA 18407 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 11/04/2025　　　　　　　　Signature: /s/ Rachael D. Lamkin

　　　　　　　　　　　　　　　　Name: Rachael D. Lamkin