FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-102

**Short Case Caption:** In re: Catanzaro

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Google LLC and YouTube, LLC

| | |
|---|---|
| **Principal Counsel:** Erika H. Warren | Admission Date: 8/1/2024 |
| Firm/Agency/Org.: Warren Kash Warren LLP | |
| Address: 2261 Market Street, No. 606, San Francisco, California, 94114 | |
| Phone: +1 (415) 895-2940 | Email: erika@warrenkashwarren.com |
| **Other Counsel:** Madeline A. Woodall | Admission Date: 8/1/2024 |
| Firm/Agency/Org.: Warren Kash Warren LLP | |
| Address: 2261 Market Street, No. 606, San Francisco, California, 94114 | |
| Phone: +1 (415) 895-2940 | Email: madeline@warrenkashwarren.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/4/25

Signature:

Name: Erika H. Warren

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** John V. Gorman | Admission Date: 03/31/1999 |
| Firm/Agency/Org.: Morgan, Lewis & Bockius LLP | |
| Address: 2222 Market Street, Philadelphia, Pennsylvania, 19103 | |
| Phone: +1 (215) 963-5157 | Email: john.gorman@morganlewis.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

FORM 30. Certificate of Service
Form 30<br>July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number**   2026-102

**Short Case Caption**   In re: Catanzaro

---

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

---

I certify that I served a copy of the foregoing filing on  11/04/2025

by   ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| David J. Catanzaro | 286 Upper Powderly Street<br>Carbondale, Pennsylvania, 18407 |
|  |  |
|  |  |
|  |  |
|  |  |

☐   Additional pages attached.

Date: 11/04/2025

Signature: _Madeline A. Woodall_

Name:   Madeline A. Woodall