NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DAVID J. CATANZARO,**
*Petitioner*

---

2026-102

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of Pennsylvania in Nos. 3:22-cv-01754-JFS-PJC, 3:22-cv-01768-JFS-PJC, Judge Joseph F. Saporito, Jr.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

On December 15, 2025, David J. Catanzaro filed a petition for rehearing en banc [ECF No. 22]. The petition was first referred to the panel that issued the order, and

---

[1] Circuit Judge Newman and Circuit Judge Cunningham did not participate.

thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

January 22, 2026
Date

Jarrett B. Perlow
Clerk of Court